1  Fred W. Schwinn (SBN 225575)
   Raeon R. Roulston (SBN 255622)
2  CONSUMER LAW CENTER, INC.
   12 South First Street, Suite 1014
3  San Jose, California 95113-2418
   Telephone Number: (408) 294-6100
4  Facsimile Number: (408) 294-6190
   Email Address: fred.schwinn@sjconsumerlaw.com
5
6  Attorneys for Plaintiff
   SHALLY KIM IA
7

8              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                      SAN FRANCISCO DIVISION

10
   SHALLY KIM IA,                              Case No. 3:14-CV-04162-LB
11
                      Plaintiff,               STIPULATION EXTENDING TIME FOR
12                                             DEFENDANT, KRIS W. VORSATZ, TO
           v.                                  FILE ANSWER TO COMPLAINT
13                                             ORDER
   ALSS, INC., D/B/A AMERICAN LEGAL
14 SUPPORT SERVICES, INC., a California        [N.D. Cal. Civ. L.R. 6-1(a)]
   corporation; KRIS W. VORSATZ, individually
15 and in his official capacity; and DOES 1
   through 10, inclusive,
16
17                    Defendants.

18         THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

19         1.      Pursuant to N.D. Local Rule 6-1(a), Defendant, KRIS W. VORSATZ, shall file an
20 Answer or other responsive pleading on or before January 5, 2015.
21
22                                         ooOoo
23
24
25
26
27
28

                                            - 1 -
   STIPULATION TO EXTEND TIME                                      Case No. 3:14-CV-04162-LB

1    IT IS SO STIPULATED.

2                                               CONSUMER LAW CENTER, INC.

4    Dated: December 1, 2014                    By: /s/ Fred W. Schwinn
                                                    Fred W. Schwinn, Esq.
5                                                   Attorney for Plaintiff
                                                    SHALLY KIM IA

8    Dated: December 2, 2014                    By: KV
                                                    Kris W. Vorsatz, Esq.
9                                                   Defendant In Pro Per

Case Management Conference reset to February 5, 2015 at 11:00 a.m.  A Joint
Case Management Statement due January 29, 2015.  The Case Management Conference
set for December 18, 2014 is VACATED.
Dated:  December 3, 2014

APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO EXTEND TIME                - 2 -              Case No. 3:14-CV-04162-LB