Fred W. Schwinn (SBN 225575)
Raeon R. Roulston  (SBN 255622)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
SHALLY KIM IA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHALLY KIM IA,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>ALSS, INC., a California corporation, D/B/A AMERICAN LEGAL SUPPORT SERVICES, INC.; KRIS W. VORSATZ, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:14-CV-04162-LB<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, SHALLY KIM IA, and Defendants, ALSS, INC., and KRIS W. VORSATZ, stipulate, and the Court hereby orders, as follows:

　　　1.　　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, SHALLY KIM IA, against Defendants, ALSS, INC., and KRIS W. VORSATZ, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

oo0oo

1 | IT IS SO STIPULATED.

CONSUMER LAW CENTER, INC.

Dated: February 11, 2015          By: /s/ Fred W. Schwinn
                                          Fred W. Schwinn, Esq.
                                          Attorney for Plaintiff
                                          SHALLY KIM IA


LAW OFFICES OF HENRY N. JANNOL, APC

Dated: February 11, 2015          By: /s/ Paul H. Levine
                                          Paul H. Levine, Esq.
                                          Attorney for Defendants
                                          ALSS, INC., and KRIS W. VORSATZ

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: February 13, 2015          _____
                                          The Honorable Laurel Beeler
                                          United States Magistrate Judge

STIPULATION OF DISMISSAL                              Case No.  3:14-CV-04162-LB